IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: )<br><br>BETHUNE, RICHARD D. )<br>BETHUNE, MELANIE A. )<br>  )<br>Debtor(s) )<br>Address: )<br>4020 Gallagher Road )<br>Dover, FL 33527 )<br>Last four digits of Social Security No(s) )<br>9305 )<br>3086 )<br>_____ ) | CASE NUMBER: 8:09-bk-02391-CED<br><br><br>CHAPTER 13 |

## CHAPTER 13 PLAN

You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan, as modified by the Bankruptcy Court, may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim. Payments distributed by the Trustee, as herein provided or as modified by the Court, are subject to the availability of funds.

**PLAN PAYMENTS AND LENGTH OF PLAN:** The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Trustee. The Debtor(s) shall pay the Trustee by money order or cashier's check following the filing of this chapter 13 plan the sum of **two hundred and forty dollars 00/100 ($ 240.00)** for 36 months, or longer to a maximum of 60 months. Each pre-confirmation plan payment shall include all adequate protection payments made pursuant to §1326(a)(1)(C).

**CLAIMS GENERALLY:** The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise. Objections to claims may be filed before or after confirmation, according to the limitations set forth in the Court's Order Establishing Duties.

**ADMINISTRATIVE CLAIMS:** Trustee will pay in full allowed administrative claims and expenses pursuant to §507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.



TANCREDO LAW FIRM, P.A.
1306 THONOTOSASSA ROAD
PLANT CITY, FL 33563-4336
TEL.: (813) 659-3612
WWW.TANCREDOLAW.COM

**TRUSTEE FEES:** Trustee shall receive a fee for each disbursement, the percentage of which is fixed periodically by the United States Trustee.

### ATTORNEYS FEES FOR DEBTOR'S COUNSEL PAID IN PLAN:

**Total Amount of Attorneys' Fees Amount Paid Through Plan:** The sum of one thousand dollars 00/100 ($1,500.00).

### PRIORITY CLAIMS:

(A) **Domestic Support Obligations:** Debtor(s) is required to pay all post-petition domestic support obligations directly to the holder of the claim. Unless otherwise specified in this Plan, the following priority claims under 11 U.S.C.§507(a)(1), domestic support obligations, will be paid in full pursuant to 11 U.S.C. §1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

**Name of Creditor Total Est. Claim Estimated Payment:** None.

Pursuant to §507(a)(1)(B) and §1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit, and/or not assigned to said entity for the purpose of collection.

**Claimant and Proposed Treatment:** Not Applicable.

(B) **Other Priority Claims (e.g., tax claims):** These priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

**Name of Creditor Total Est. Claim Estimated Payment:** Not Applicable.

### SECURED CLAIMS:

The regular monthly contractual payments owing on all secured claims, including the secured claims owing mortgage creditors, shall be paid through the Plan as part of the Plan payment to the Chapter 13 Trustee. The Debtor(s) may, if current in payments to an individual secured creditor, elect to file a motion seeking leave of court to the make direct payments to that creditor.

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor(s) shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor(s) makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor(s) elects to make such adequate protection payments directly to the creditor, and such



TANCREDO LAW FIRM, P.A.
1306 THONOTOSASSA ROAD
PLANT CITY, FL 33563-4336
TEL.: (813) 659-3612
WWW.TANCREDOLAW.COM

CHAPTER 13 PLAN
IN RE: BETHUNE
8:09-BK-02391-CED
PAGE 2 OF 5

creditor is not otherwise paid through the Plan, upon confirmation said claims shall be neither dealt with nor affected by the Plan as confirmed.

**Name of Creditor Total Est. Claim Adequate Protection Payment in Plan**

**(A) Claims Secured by Real Property Which Debtor(s) Intends to Retain / Mortgage Payments Paid Through the Plan**: Debtor(s) will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

**Name of Creditor/Security Total Est. Claim Estimated Payment**

**(B) Claims Secured by Real Property Which Debtor(s) Intends to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

**Name of Creditor/Security Total Est. Claim Estimated Payment**

**(C) Claims to Which §506 Valuation is NOT Applicable:** Debts secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within one year of filing. Upon confirmation of the Plan, the interest rate and value shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds. Upon timely written objection filed by a creditor, the Debtor(s) may elect to surrender the property to creditor in full satisfaction of the value of the collateral indicated in the creditor's claim.

**Name of Creditor/Security Ad. Prot Pmt. In Plan – Value Int. Rate -Total to be Pd.**

**(D) Claims to Which §506 Valuation is Applicable:**

**Name of Creditor/Security Ad. Prot Pmt. In Plan – Value Int. Rate -Total to be Pd.**

**(E) Secured Claims on Personal Property – Balance Including any Arrearage Paid in Plan:**

**Name of Creditor/Security Est. Amount Int. Rate Total to be Paid.** None

**Surrender of Collateral:** Debtor(s) will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. Upon Plan confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift the Stay in order to repossess, foreclose upon or sell the


TANCREDO LAW FIRM, P.A.
1306 THONOTOSASSA ROAD
PLANT CITY, FL 33563-4336
TEL.: (813) 659-3612
WWW.TANCREDOLAW.COM

CHAPTER 13 PLAN
IN RE: BETHUNE
8:09-BK-02391-CED
PAGE 3 OF 5

collateral. Nothing herein is intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights.

**Name of Creditor Collateral to be Surrendered**

**SECURED – LIENS TO BE AVOIDED:**

**Name of Creditor/Security Estimated Amount:** None

**LEASES/EXECUTORY CONTRACTS:**

**Name of Creditor/Security Assume/Reject Estimated Arrears:** None

**OTHER CREDITORS PAID IN FULL IN PLAN:**

**Name of Creditor/Description Estimated Amount:** None

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated percentage dividend to unsecured creditors is four ½ percent (4.5%).

**OTHER PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor(s) until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The Debtors own homestead real property that is secured with a mortgage in favor of U.S. Bank. The Debtors are electing to pay their monthly adequate protection directly to the creditor and exclude this debt from the Chapter 13 Plan. The Debtors is current with respect to the payment on this debt. The Debtors understand that the automatic stay will not be in effect for this property with this election to pay the debt outside of the Chapter 13 Plan. The Debtors will be filing the necessary Motion to effectuate the purpose of this section.

Debtor: *Richard D. Bethune*     Dated: February 25, 2009
Richard D. Bethune

Debtor: *Melanie A. Bethune*     Dated: February 25, 2009
Melanie A. Bethune



TANCREDO LAW FIRM, P.A.
1306 THONOTOSASSA ROAD
PLANT CITY, FL 33563-4336
TEL.: (813) 659-3612
WWW.TANCREDOLAW.COM

CHAPTER 13 PLAN
IN RE: BETHUNE
8:09-BK-02391-CED
PAGE 4 OF 5

## PLAN SUMMARY

**Priority:**
**Secured:**
**Attorneys Fees:**
Christopher A. Tancredo, Esq.                $   1,500.00
**Other:**
**Pro-rata distribution to**
**unsecured – Est.% 4.5**                    $  11,928.00
**Trustee's Fee – 5.5%**                     $     933.49
**Total:**                                   $  14,361.49



TANCREDO LAW FIRM, P.A.
1306 THONOTOSASSA ROAD
PLANT CITY, FL 33563-4336
TEL.: (813) 659-3612
WWW.TANCREDOLAW.COM

CHAPTER 13 PLAN
IN RE: BETHUNE
8:09-BK-02391-CED
PAGE 5 OF 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: )
) CASE NUMBER: 8:09-bk-02391-CED
BETHUNE, RICHARD D. )
BETHUNE, MELANIE A. )
)
    Debtor(s) ) CHAPTER 13
Address: )
4020 Gallagher Road )
Dover, FL 33527 )
Last four digits of Social Security No(s) )
9305 )
3086 )
_____)

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I HEREBY CERTIFY that a true and correct copy of the Debtor's <u>CHAPTER 13 PLAN</u> has been furnished by electronic transmission to Terry E. Smith, Chapter 13 Trustee and by depositing same into the care and custody of the United States Postal Service, first class postage, prepaid to the Debtors and all other interested parties listed on the attached Matrix on this the 25th day of February 2009.

Respectfully Submitted,
THE TANCREDO LAW FIRM, P.A.
Attorney for Debtors

By: _____
Christopher A. Tancredo, Esq.
1306 Thonotosassa Road
Plant City, Florida 33563-4336
Telephone Number: (813) 659-3612
Facsimile Number: (813) 754-2132
Florida Bar Number: 151009


TANCREDO LAW FIRM, P.A.
1306 THONOTOSASSA ROAD
PLANT CITY, FL 33563-4336
TEL.: (813) 659-3612
WWW.TANCREDOLAW.COM

Label Matrix for local noticing
113A-8
Case 8:09-bk-02391-CED
Middle District of Florida
Tampa
Wed Feb 25 13:01:46 EST 2009

United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602-3849

ABCO Premium Finance, In
C/O Security Credit Syst
PO Box 846
Buffalo, NY 14240-0846

Aetna Insurance
PO Box Dept AT
41037-51
Atlanta, GA 31192-0001

Alberto Gomez, JR.
119 S. Dakota Ave
Tampa, FL 33606-1813

America's HR Team, INC.
C/O Gregg Horowitz
PO Box 2927
Sarasota, FL 34230-2927

American General Finance
PO Box 70818
Charlotte, NC 28272-0818

Assoc. Path of St. Josep
4600 N. Habana Ave #19A
Tampa, FL 33614-7123

BP Oil
PO Box 9076
Des Moines, IA 50368-9076

Bennett's Fuel Station
5112 Hwy 92 W
Plant City, FL 33563-8284

Capital One
Attn: Anne Barnard Agent
PO Box 85167
Richmond, VA 23285-5167

Capital One
C/O Allied Interstate
3111 S. Dixie Hwy. # 101
West Palm Beach, FL 33405-1520

Carquest Auto Parts
PO Box 65538
Charlotte, NC 28265-0538

Celsmer
PO Box 860870
Orlando, FL 32886-0870

Centre Com. Hosp.
PO Box 1259
State College, PA 16804-1259

Centre Diagnostic Imagin
PO Box 197
State College, PA 16804-0197

Centre Em. Med. Assoc
Calder Square
PO Box 11279
State College, PA 16805-1279

Chevron
C/O Dun and Bradstreet
PO Box 532
Richfield, OH 44286-0532

Choice Ins and Financial
883 E. Bloomingdale Ave.
Brandon, FL 33511-8113

CitiCapital Commercial C
PO Box 140729
Irving, TX 75014-0729

Clearview Open MRI
PO Box 26474
Tampa, FL 33623-6474

Culligan Water
2703 Airport Road
Plant City, FL 33563-1129

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

FL Orthopaedic Instituti
4175 E. Fowler Ave.
Tampa, FL 33617-2011

Financial Credit Svcs.
PO Box 90
Clearwater, FL 33757-0090

Florida Gastroenterology
1345 Tampa Street
Tampa, FL 33602

Gateway
14303 Gateway Place
Poway, CA 92064-7140

Global Payments
Formerly NDC
PO Box 66901
Chicago, IL 60666-0901

Golden Eagle Leasing, In
90 Grove St. #3
Ridgefield, CT 06877-4128

Goodyear
5216 Cone Road
Tampa, FL 33610-5398

Gulf Coast Collections
3621 Webber Street
Sarasota, FL 34232-4412

HSBC Bank
PO Box 80026
Salinas, CA 93912-0026

Home Depot
Processing Center
Des Moines, IA 50364-0001

Household Card Svcs.
C/O Nat'l Loan Rec., LLc
2777 Summer Street
Stamford, CT 06905-4318

Household Credit Svcs.
PO Box 5216
Carol Stream, IL 60197-5216

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Svcs.
7850 SW 6th Court
Room 165, Stop 5730
Plantation, FL 33324-3210

Life Care Solutions
3800 S. Congress Ave.
Boynton Beach, FL 33426-8424

Link Systems
800 Morgan Falls Rd #260
Atlanta, GA 30350

Manatee Co. EMS
134 S. Tampa Street
Tampa, FL 33602-5354

Master Collision 301
9816 N. US Hwy 301
Tampa, FL 33637-5328

Nextel
6391 Sprint Parkway
Overland Park, KY 66251-6100

Nextel Comm.
PO Box 17990
Denver, CO 80217-0990

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Orchard Bank
PO Box 81622
Salinas, CA 93912-1622

Quill Corp
100 Schelter Road
Lincolnshire, IL 60069-3621

Radiology Assoc
134 S. Tampa Street
Tampa, FL 33602-5354

Ray Wreede
1242 Robinson Orange Par
Plant City, FL 33563-8210

S.D. Radiology/SJH
PO Box 860689
Orlando, FL 32886-0689

Safety Kleen
PO Box 12349
Columbia, SC 29211-2349

South Bay Hospital
31975 US Hwy 19 W
Palm Harbor, FL 34684-3712

South Corporation
Attn: Bankruptcy
PO Box 172408
Denver, CO 80217-2408

South Floirda Baptist Ho
C/O Joseph Giambalvo
1012 Drew Street
Clearwater, FL 33755-4521

South Floirda Baptist Ho
PO Box 915326
Orlando, FL 32891-5326

South Florida Baptist
C/O Fin'l Credit Svcs
PO Box 90
Clearwater, FL 33757-0090

South Florida Baptist Ho
Processing Center
PO Box 403725
Atlanta, GA 30384-3725

Southbay Emergency
PO Box 8547
Philadelphia, PA 19101

Sovereign Bank Netwk. Ca
C/O Richard B. Storfer
300 Las Olas Place #860
300 SE 2nd Street
Fort Lauderdale,FL 33301-1923

Sprint
6391 Sprint Parkway
Overland Park, KY 66251-6100

St. Joseph Hospital
628 Bypass Drive
Clearwater, FL 33764-5024

| | | |
|---|---|---|
| Suncoast Federal Credit<br>PO Box 11904<br>Tampa, FL 33680-1904 | Sunstate Int'l Trucks<br>6020 Adamo Dr.<br>Tampa, FL 33619-3404 | Tampa Mack<br>7810 Adamo Dr.<br>Tampa, FL 33619-3506 |
| Tampa Tribune<br>C/O Media General<br>PO Box 85011<br>Richmond, VA 23285-5011 | Texaco/Fleet Mgmt.<br>PO Box 9010<br>Des Moines, IA 50368-9010 | Tom White<br>3519 McIntosh Road<br>Dover, FL 33527-4829 |
| Tropical Int'l Corp<br>6333 N. Dale Mabry<br>Tampa, FL 33614-3912 | U.S. Bank<br>PO Box 20005<br>Owensboro, KY 42304-0005 | United Healthcare<br>PO Box 59048<br>Minneapolis, MN 55459-0048 |
| University Comm. Hosp.<br>PO Box 861372<br>Orlando, FL 32886-1372 | University Orthopedics<br>PO Box 3291<br>Temple, PA 19560 | Verizon<br>PO Box 3397<br>Bloominton, IL 61702-3397 |
| W.S. Badcock Corp<br>PO Box 323<br>Mulberry, FL 33860-0323 | W.W. Grainger, Inc.<br>PO Box 419267<br>Dept. 835-853243459<br>Kansas City, MO 64141-6267 | Christopher A Tancredo<br>The Tancredo Law Firm PA<br>1306 Thonotosassa Road<br>Plant City, FL 33563-4336 |
| Melanie A. Bethune<br>4020 Gallagher Road<br>Dover, FL 33527-4854 | Richard D. Bethune<br>4020 Gallagher Road<br>Dover, FL 33527-4854 | Terry E Smith<br>PO Box 6099<br>Sun City Center, FL 33571-6099 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)South Florida Baptist
C/O Fin'l Credit Svcs.
PO Box 90
Clearwater, FL 33757-0090

End of Label Matrix
Mailable recipients    77
Bypassed recipients     1
Total                  78